794 A.2d 176

IN THE MATTER OF HAMDI M. RIFAI, AN ATTORNEY AT LAW.

April 15, 2002.

**ORDER**

This matter having been duly presented to the Court pursuant to *R.* 1:20–10(b), following a motion for discipline by consent of **HAMDI M. RIFAI** of **NEWARK**, who was admitted to the bar of this State in 1994;

And the District VA Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.15(b) (failure to turn over client file on termination of representation)and *RPC* 1.16(d) (failure to protect client interest on termination of representation);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a) (neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.15(b) (failure to turn over client file on termination of representation) and *RPC* 1.16(d) (failure to protect client interest on termination of representation) and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *R.* 1:20–16(e);

And good cause appearing;

It is ORDERED that **HAMDI M. RIFAI** of **NEWARK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.